# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

AMERICAN CONSULTANTS RX, Inc.
a Georgia Foreign Profit Corporation

**Petitioner,**

v.                                           **Case No. 8:19-cv-2293-T-35SPF**

OPTUMRX, INC.,
a California Foreign Profit Corporation

**Respondent.**

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

__x__  IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

   This matter is a Petition relating to AAA Arbitration
   _____
   Action, case number 01-18-0003-1958
   _____
   _____

_____  IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: October 8, 2019

/s/ Tina El Fadel_____
Tina El Fadel, Esquire
Florida Bar # 0091039
4800 N. Federal Highway, Suite 103-B
Boca Raton, FL 33431
Ph: (561) 939-8042; Fax: (561) 750-5083
Tina@ks-law.com
eservice@ks-law.com